## GENERAL ANILINE WORKS, INC. v. UNITED STATES

No. 5746.—Invoice dated Frankfurt (Main) Germany, June 10, 1939.
  Certified June 15, 1939.
  Entered at Albany, N. Y., July 8, 1939.
  Entry No. 511.

(Decided on rehearing October 23, 1942)

*Eugene R. Pickrell* (*Eugene A. Chase* of counsel) for the plaintiff.
*Paul P. Rao*, Assistant Attorney General (*Dorothy C. Bennett*, special attorney), for the defendant.

DALLINGER, Judge: This appeal to reappraisement having been formally abandoned is hereby dismissed.

Judgment will be rendered accordingly.